| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bernthal, David G. | 2. Court or Organization<br><br>U.S. District Court, CD/IL | 3. Date of Report<br><br>05/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>114 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Illinois HMO Gurantee Association (See Notes Part VIII) |
| 2. | Adjunct Professor | University of Illinois |
| 3. | Trustee (Successor) | Trust #1 (See Notes Part VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/87 | Deferred Compensation Plan, State of Illinois (former employee) (See Notes Part VIII) |
| 2. | 1/09 | State Universities Retirement System of Illinois (SURS) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | University of Illinois (teaching) | $5,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed (Real Estate Sales) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IPLAC (Intellectual Property Law Association of Chicago) | 2/10/12 - 2/12/12 | Chicago, IL | Moot Court Competition | Lodging/Parking/Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marine Bank | A | Interest | J | T | | | | | |
| 2. Angeles Partners XIV Limited Partnership | A | Rent | J | W | | | | | |
| 3. Busey Bank Account | A | Interest | J | T | | | | | |
| 4. Busey Bank Account | A | Interest | J | T | | | | | |
| 5. Busey Bank Account | A | Interest | J | T | | | | | |
| 6. Busey Bank Account | A | Interest | J | T | | | | | |
| 7. Busey Bank Account | A | Interest | J | T | | | | | |
| 8. Busey Bank Account | A | Interest | K | T | | | | | |
| 9. Concesco, Inc. Note Due 10/15/2006 (IRA) - See Note Pt. VIII | A | Interest | J | T | | | | | |
| 10. DFA Intl Small Co Port Fund (IRA) DFISX | A | Dividend | J | T | | | | | |
| 11. DFA Intl Lg Value Portfolio (IRA) DFIVX | B | Dividend | K | T | | | | | |
| 12. DFA Real Estate Securities Portfolio (IRA) DFREX | A | Dividend | L | T | | | | | |
| 13. DFA US Small XM Value Portfolio (IRA) DFFVX | A | Dividend | K | T | | | | | |
| 14. DFA Five Year Govt Portfolio (IRA) DFFGX | A | Dividend | K | T | | | | | |
| 15. DFA Emerging MKTS Val Portfolio (IRA) DFEX | A | Dividend | J | T | | | | | |
| 16. DFA US Large Value Portfolio (IRA) DFLVX | B | Dividend | L | T | | | | | |
| 17. DFA Two-Year Global Fixed Income Portfolio (IRA) DFGFX | A | Dividend | L | T | Buy | 9/7/2012 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Emerging MKTS Smcap Portfolio (IRA) DEMSX | A | Dividend | K | T | | | | | |
| 19. DFA Emerging MKTS Portfolio (IRA) DFEMX | A | Dividend | K | T | | | | | |
| 20. DFA One Year Fixed Income Portfolio (IRA) DFIHX | A | Dividend | L | T | Buy (add'l) | 9/7/12 | K | | |
| 21. DFA Intl Smallcap Value Portfolio (IRA) DISVX | A | Dividend | K | T | | | | | |
| 22. DFA US Large Co Portfolio (IRA) DFUSX | B | Dividend | M | T | | | | | |
| 23. DFA US Micro Cap Portfolio (IRA) DFSCX | A | Dividend | K | T | Sold (part) | 9/24/12 | J | A | |
| 24. T. Rowe Price Retirement 2010 Fund | A | Dividend | M | T | | | | | |
| 25. DFA Emerging Markets Fund (IRA) DFEMX | A | Dividend | J | T | | | | | |
| 26. DFA Emerging Markets S Fund (IRA) DEMSX | A | Dividend | J | T | | | | | |
| 27. DFA Emerging Markets V Fund (IRA) DFEVX | A | Dividend | J | T | | | | | |
| 28. DFA Int'l Small Cap Value Fund (IRA) DISVX | A | Dividend | J | T | | | | | |
| 29. DFA Int'l Small Company Fund (IRA) DFISX | A | Dividend | J | T | Sold (part) | 9/24/12 | J | A | |
| 30. DFA Int'l Value Fund (IRA) DFIVX | A | Dividend | J | T | | | | | |
| 31. DFA Real Estate Securities Fund (IRA) DFREX | A | Dividend | J | T | | | | | |
| 32. DFA US Large Cap Value Fund (IRA) DFLVX | A | Dividend | J | T | | | | | |
| 33. DFA US Micro Cap Fund (IRA) DFSCX | A | Dividend | J | T | | | | | |
| 34. DFA US Small Cap Value Fund (IRA) DFSVX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 36. Fidelity Cash Reserves ▒▒▒ SEE NOTE, Pt. VIII | A | Interest | J | T | | | | | |
| 37. DFA US Core Equity II DFQTX (IRA) | B | Dividend | L | T | | | | | |
| 38. Vanguard Inflations Protected Secs VIPSX (IRA) | B | Dividend | K | T | | | | | |
| 39. DFA Int'l Core Equity DFIEX (IRA) | B | Dividend | L | T | | | | | |
| 40. State Universities Retirement System | A | Interest | J | T | | | | | |
| 41. Busey Bank Account | A | Interest | J | T | | | | | |
| 42. DFA Emerging Mkts Core DFCEX | A | Dividend | J | T | | | | | |
| 43. DFA Int'l Core DFIEX ▒▒▒ | A | Dividend | J | T | | | | | |
| 44. DFA US Core EQII DFQTX ▒▒▒ | A | Dividend | J | T | | | | | |
| 45. DFA Five Year Global Fixed, Inc. DFGBX (IRA) | A | Dividend | J | T | Buy | 9/24/12 | J | | |
| 46. Trust #1 | D | Int./Div. | N | T | | | | | |
| 47. ---Busey Bank | | | | | | | | | |
| 48. ---Morgan Stanley Bank NA | | | | | | | | | |
| 49. ---National Repulic Bank of Chicago CD | | | | | | | | | |
| 50. ---Flagstar Bank, FSB, Troy, MI CD | | | | | | | | | |
| 51. ---Cardinal Bank, McClean, VA CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Wells Fargo Bank, NA, Siox Falls, SD CD | | | | | | | | | |
| 53. ---American CAP, Inc. Builder A (CAIBX) Mutual Fund | | | | | | | | | |
| 54. ---American CAP WRLD GR & INC A (CWGIX) Mutual Fund | | | | | | | | | |
| 55. ---American, Inc. FD of America (AMECX) Mutual Fund | | | | | | | | | |
| 56. ---EV Global Macro Absolute Ret C (ELGMX) Mutual Fund | | | | | | | | | |
| 57. ---Pimco Income C (PONCX) Mutual Fund | | | | | | | | | |
| 58. ---Templeton Global Bond FD C (TEGBX) Mutual Fund | | | | | | | | | |
| 59. ---1/2 Interest in Real Property #1, Palmetto, FL | | | | | Sold | 6/03/12 | L | A | |
| 60. ---Rental Property #2, Savoy, IL | | | | | Sold | 9/4/12 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bernthal, David G. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Line 1 - Resigned from Illinois HMA Guarantee Association mid year.

Line 3 - Became Successor Trustee of Trust #1 following death of Trustee April 4, 2012. Trust expected to terminate in 2013.

II. AGREEMENTS -

1. Deferred Compensation Plan - I am no longer contributing or participating in the plan. Administrators will hold previous contributions pursuant to an irrevocable election.

VII. INVESTMENTS and TRUSTS ---

Line 9 Conseco Note reported in default.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Bernthal**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544